UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JALDHI OVERSEAS PTE. LTD.** | * | **CIVIL ACTION NO.** |
| **Plaintiff,** | * | **JUDGE** |
| vs. | * | **MAGISTRATE** |
| **DAEBO INTERNATIONAL SHPPING CO., LTD and SHINHAN CAPITAL CO., LTD.** | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VERIFIED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Jaldhi Overseas Pte. Ltd. ("Jaldhi") who files this Verified Complaint against Daebo International Shipping Co., Ltd. ("Daebo") and Shinhan Capital Co. Ltd. ("Shinhan") (collectively, "Defendants"), and alleges upon information and belief as follows:

**JURISDICTION AND VENUE**

1.

This is an admiralty and maritime claim within the meaning of rule 9(h) of the Federal Rules of Civil Procedure and is brought pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Jurisdiction is proper under 28 U.S.C. § 1333. This action is brought pursuant to 9 U.S.C § 8 for the purpose of obtaining security for a foreign arbitration proceeding.

2.

Venue is proper in this Court because Defendants cannot be found in this district, and Defendants' property, the M/V DAEBO TRADER, is currently located within this district.

## THE PARTIES

3.

At all material times to this action, Jaldhi was and still is a corporation or other business entity organized and existing under the laws of a foreign country.

4.

At all material times to this action, Shinhan was and is a corporation or other business entity organized and existing under the laws of a foreign country.

5.

At all material times to this action, Daebo was and is a corporation or other business entity organized and existing under the laws of a foreign country. Daebo is the reported group owner, ship manager, and operator of the M/V DAEBO TRADER (IMO 9230153). *See* Lloyd's Register – Fairplay Fleet List Report by Group Owner for Daebo Shipping Co. Ltd., attached as Exhibit "A."[1]

## THE CHARTER AGREEMENTS

6.

On or about January 11, 2013, Jaldhi entered into a Time Charter agreement with Diamond Star Shipping Pte. Ltd. ("Diamond") for the chartering of the Diamond-owned M/V CYGNUS OCEAN to Jaldhi ("Time Charter"). The Time Charter also contained a rider further

---

[1] *See also* Exhibit "B" (verifying that, on January 5, 2010, Daebo Shipping Co., Ltd. merged with Daebo International Shjpping Co., Ltd., and that as of that date, the former company was no longer in existence and transferred all of its assets, liabilities, and rights and duties to Daebo International Shipping Co., Ltd. Daebo International Shipping Co., Ltd. therefore is the successor group owner of the DAEBO TRADER).

setting out the terms of the Time Charter.  A complete copy of the Time Charter and rider is attached as Exhibit "C."

7.

On or about December 18, 2014, Jaldhi entered into a Charter Party with Daebo for the sub-time chartering of the M/V CYGNUS OCEAN to Daebo for the carriage of cargo from Subic Bay, Ho Chi Minh and Pohang to Houston, Texas ("Charter Party").  The Charter Party is evidenced by a clean recap, and incorporates the terms and conditions of the Time Charter between Jaldhi and Diamond.  The clean recap is attached hereto as Exhibit "D."

8.

Under the terms of the Charter Party, Daebo was obligated to pay $5,750.00 USD per day pro rata inclusive of overtime for the first 60 days and $10,550.00 USD thereafter for every fifteen (15) days in advance.  Payment for the first hire and value of the bunkers on delivery was to be paid within three (3) days of the vessel's delivery.  *See* Clean Recap, Exhibit "D."

**THE DEFAULT**

9.

On or about January 8, 2015, Jaldhi delivered the M/V CYGNUS OCEAN at Subic Bay and received from Daebo the first hire of 15 days plus bunkers on delivery in the value of $334,705.50 USD.

10.

Daebo has defaulted on its obligations under the Charter Party by failing to make timely payments for charter hire after January 8, 2015.  Specifically, as of the filing of this Complaint, Daebo has not received any payment from Daebo for the charter hire due on January 23, 2015, February 7, 2015, February 22, 2015, and March 9, 2015.

11.

As of the filing of this Complaint, Daebo is justly and truly indebted to Jaldhi in the amount of FIVE HUNDRED SIXTEEN THOUSAND FIVE HUNDRED TWELVE DOLLARS AND 00/100 ($516,512.00) for charter hire earned and due.  *See* Statement of Account, Exhibit "E."  This amount is subject to increase and revision due to Daebo's continuing failure to pay charter hire.

## ALTER EGO ALLEGATIONS

12.

Jaldhi incorporates and re-alleges all foregoing allegations as if repeated herein.

13.

Upon information and belief, Shinhan, as registered owner of the M/V DAEBO TRADER, is merely an alter ego of Daebo.  Daebo is the reported group owner, ship manager, and operator of the DAEBO TRADER (IMO No. 9230153), and the reported despondent owner of Shinhan.  *See* Lloyd's Register (Ex. A). [2]  Deabo also continues to advertise the DAEBO TRADER on its website as part of Daebo's fleet.  *See* Exhibit "F."  Daebo, therefore, is in reality the true and beneficial owner of the DAEBO TRADER, which, upon information and belief, is currently located within this district, on the Mississippi River at Latitude 29.7873 and Longitude -90.01863.

---

[2] Lloyd's Register – Fairplay Data Definitions, defines "Group Beneficial Owner" as "the parent company of the Registered Owner, or the Disponent Owner if the ship is owned by a bank – It is the controlling interest behind its fleet and the ultimate beneficiary from the ownership.  A Group Beneficial Owner may or may not directly own ships itself as a Registered Owner.  It may be the Manager or its fleet, which is in turn owned by subsidiary companies.  Its ships may also be managed by a 3rd party under contract."

14.

Further, upon information and belief, Shinhan and Daebo act as a single business entity with regards to their relationship to the DAEBO TRADER, with such unity of ownership and interest that no separation exists between them.

15.

Further, Shinhan's registered ownership of the DAEBO TRADER should be disregarded. Upon information and belief, Shinhan is a wholly-owned subsidiary of a bank or one-ship company vehicle set up by a bank. Accordingly, Shinhan is a "brass-plate" company created on paper to legally own a ship and to limit liability for Daebo, which remains the "real" and/or "beneficial owner of the vessel notwithstanding the fraudulent transaction described herein.

16.

Thus, upon information and belief, Daebo ultimately owns and/or controls Shinhan (the reported entity owner of the DAEBO TRADER).

## **RULE B ALLEGATIONS**

17.

Jaldhi incorporates and re-alleges all foregoing allegations as if repeated herein.

18.

Daebo's failure to pay charter hire due under the Charter Party gives rise to an *in personam* claim for breach of contract in favor of Jaldhi and against Daebo in the amount of FIVE HUNDRED SIXTEEN THOUSAND FIVE HUNDRED TWELVE DOLLARS AND 00/100 ($516,512.00) (due as of 9 March 2015).

19.

Daebo and Shinhan, on information and belief, cannot be found within the jurisdiction of this Court within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure but, as alleged, have goods and chattels within this District subject to seizure, arrest and attachment, namely the DAEBO TRADER, her engines, tackle, apparel, furniture, etc.  Further, because Daebo and Shinhan are not found within the district as contemplated under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, Jaldhi is entitled to a Writ of Attachment pursuant to Rule B, executable against Daebo and Shinhan and all of its/their property within the District, including the DAEBO TRADER, her engines, tackle, apparel, appurtenances, equipment, furniture, etc.

## PRAYER FOR RELIEF

**WHEREFORE**, the premises and the annexed documents considered, Plaintiff Jaldhi Overseas Pte. Ltd. prays that after due proceedings are had there be judgment rendered in favor of Plaintiff and against Defendants, Daebo International Shipping Co., Ltd. and Shinhan Capital Co. Ltd., *in solido*, for the sum of FIVE HUNDRED SIXTEEN THOUSAND FIVE HUNDRED TWELVE DOLLARS AND 00/100 ($516,512.00) due as of 9 March 2015, plus interest, applicable late charges, attorneys' fees and all costs of these proceedings.

**PLAINTIFF FURTHER PRAYS** that a Writ of Attachment be issued to attach and seize Defendants' goods, chattels, credits, monies, and effects of any kind in satisfaction of the amounts owed by Defendants and prayed for herein.

**PLAINTIFF FINALLY PRAYS** for such other and further relief to which it may be entitled under the law.

       Respectfully submitted,

       **ADAMS AND REESE LLP**

By: /s/ *L. Cole Callihan*
    **KYLE L. POTTS (#26472)**
    **L. COLE CALLIHAN (#33756)**
    4500 One Shell Square
    New Orleans, LA 70139
    Phone: (504) 581-3234
    Kyle.Potts@arlaw.com
    Cole.Callihan@arlaw.com
    *Attorneys for Jaldhi Overseas Pte. Ltd.*